# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1267

_____

Beverly McNamar (Schmidt),    *
                *
    Appellant,      *
                *  Appeal from the United States
  v.           *  District Court for the
                *  District of Minnesota.
Commissioner of Social Security,  *
Michael J. Astrue,      *  [UNPUBLISHED]
                *
    Appellee.     *

_____

Submitted: July 28, 2011
Filed: August 2, 2011

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

Beverly McNamar (Schmidt) appeals the district court's[1] adverse grant of summary judgment in an action she brought under 42 U.S.C. § 405(g). Upon careful review of the record, see Montin v. Estate of Johnson, 636 F.3d 409, 412 (8th Cir.

---

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.

2011), we find no basis for overturning the district court's well-reasoned decision.[2] Accordingly, we affirm.

_____

[2]We decline to consider the new matters Ms. McNamar (Schmidt) raises on appeal.  See Stone v. Harry, 364 F.3d 912, 914-15 (8th Cir. 2004).

-2-